IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

3:19-CR-103

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. _____ |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | INFORMATION |
| | : | |
| TIMOTHY FORBES, | : | 18 U.S.C. § 641 |
| | : | |
| Defendant | : | |
| | : | |

-------------------------------------------------------------------------------------------

THE UNITED STATES ATTORNEY CHARGES THAT:


**COUNT 1**

(18 U.S.C. § 641)

On various occasions, beginning on or about July 1, 2014 and continuing until on or about September 16, 2016, in the Southern District of Ohio, the Defendant, **TIMOTHY FORBES**, did willfully embezzle, steal, purloin, and knowingly convert to his use or the use of another, a thing of value of the United States, to wit: property of the United States Air Force.

In violation of 18 U.S.C. § 641.


BENJAMIN C. GLASSMAN
United States Attorney


JULIENNE MCCAMMON
Special Assistant United States Attorney